UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SHIRLEY ANN MARTIN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

ACTION NO. 2:14cv54

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Acting Commissioner") denying plaintiff's claim for disability insurance benefits ("DIB"), under Title II of the Social Security Act.

On May 8, 2014, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on December 17, 2014, recommending plaintiff's Motion for Summary Judgment be denied, defendant's Motion for Summary Judgment be granted, and that the final decision of the Acting Commissioner be affirmed. By copy of the report, each party was

advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 17, 2014. Accordingly, plaintiff's Motion for Summary Judgment is **DENIED**; defendant's Motion for Summary Judgment is **GRANTED**, and the final decision of the Acting Commissioner is **AFFIRMED**. Accordingly, the Clerk shall enter judgment for the defendant.

The Clerk shall forward a copy of this Final Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

January 6, 2015